

# Fourth Court of Appeals
## San Antonio, Texas

### MEMORANDUM OPINION

No. 04-15-00251-CV

**IN RE HEB GROCERY COMPANY, LP**

Original Mandamus Proceeding[1]

PER CURIAM

Sitting:      Karen Angelini, Justice
                Marialyn Barnard, Justice
                Luz Elena D. Chapa, Justice

Delivered and Filed:  November 4, 2015

PETITION FOR WRIT OF MANDAMUS DENIED

On April 27, 2015, relator HEB Grocery Company, LP filed a petition for writ of mandamus with an emergency motion for temporary stay of discovery deadlines. The court has considered relator's petition for writ of mandamus, the response filed on behalf of the real party in interest and relator's reply and is of the opinion that relator is not entitled to the relief sought. Accordingly, the petition for writ of mandamus is denied. *See* TEX. R. APP. P. 52.8(a).

PER CURIAM

---

[1] This proceeding arises out of Cause No. 2013-CI-08676, styled *Patricia Rani Spaulding v. HEB, Inc., HEB Grocery Company, LP; HEBCO GP, LLC and HEBCO Partners, Ltd.*, pending in the 285th Judicial District Court, Bexar County, Texas, the Honorable Martha Tanner presiding.